FIRST NATIONAL BANK OF WABASHA v. HENRY BURKHARDT and
Others.[1]

January 14, 1898.

Nos. 10,685—(105).

Promissory Note—Action against Maker—Several Judgments against
Guarantors—Subsequent Judgment against Maker.

In an action brought against B. as the maker of a promissory note and
B. and W. as joint guarantors of payment, a several judgment may be
entered against B., the maker, and, as to him, it is immaterial that sep-
arate and several judgments have previously been entered against the
guarantors.

Action begun in May, 1895, in the district court for Wabasha
county, upon a promissory note for $1,500 against Henry Burk-
hardt, as the maker, and William Witte and W. F. Bickel, as the
guarantors of payment. Judgment upon default for $1,632.33 was
entered against defendant Bickel on December 3, 1895. Defendant
Witte answered, and upon a trial before Gould, J., and a jury, the
latter returned a verdict for plaintiff. Upon this verdict judgment
for $1,425.18 was entered against defendant Witte on January 11,
1897. A summons in the action was served on defendant Burk-
hardt on January 15, 1897, and on February 18, 1897, judgment
upon default for $1,459.13 was entered against defendant Burk-
hardt.

On March 2, 1897, defendants obtained an order upon the plain-
tiff to show cause why the judgments should not be vacated and set
aside. On the return day of the order plaintiff consented that the
judgments against Bickel and Witte, respectively, should be vacat-
ed, but opposed the opening of the judgment against Burkhardt.
The judgments against the guarantors were then opened, but the
court held the matter of the Burkhardt judgment open. On March
20, 1897, plaintiff upon due notice made its motion for an order
directing the clerk to enter a joint judgment against defendants
Bickel and Witte for the amount then due. On April 14, 1897, the

[1] Reported in 73 N. W. 858.

court, Snow, J., denied the motion to set aside the judgment against defendant Burkhardt and denied the application to enter a joint judgment at that time against defendants Bickel and Witte, and in other particulars vacated its order of March 2, 1897. From this order of April 14, 1897, defendant Burkhardt appealed. Affirmed.

*Campbell & Campbell*, for appellant.

*George H. Selover*, for respondent.

COLLINS, J.

Defendant Burkhardt (appellant here) was the maker of the note sued upon, and Bickel and Witte joined in a guaranty of payment, written on its back. All were joined as defendants in the action upon the authority of Hammel v. Beardsley, 31 Minn. 314, 17 N. W. 858, although Burkhardt was not served with the summons until some time after separate and several judgments had been entered against the joint guarantors, first against Bickel and then against Witte. Of this fact Burkhardt cannot complain, for it was entirely proper to enter a several judgment against him. Bank v. Smith, 57 Minn. 374, 59 N. W. 311. And it could make no difference that such judgment was rendered after judgments against the guarantors had been entered, instead of before. Davison v. Harmon, 65 Minn. 402, 67 N. W. 1015, is not in point for obvious reasons.

Order affirmed.